B1 (Official Form 1) (04/13)

**UNITED STATES BANKRUPTCY COURT**
District of Delaware

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Fresh & Easy Property Company LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>27-1039636 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1209 Orange Street<br>Wilmington, Delaware<br>ZIP CODE 19501 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New Castle County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>2120 Park Place, Suite 200<br>El Segundo, California<br>ZIP CODE 90245 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                        Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>-----<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                    THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors (on a consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets (on a consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities (on a consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Fresh & Easy Property Company LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: See attachment 1 | Case Number: As assigned | Date Filed: Date hereof |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: As assigned |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) — Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Fresh & Easy Property Company LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\***<br><br>X /s/ _____<br>Signature of Attorney for Debtor(s)<br><br>Paul D. Leake                       John H. Knight (DE 3848)<br>Lisa Laukitis                        Mark D. Collins (DE 2981)<br>Jones Day                            Richards, Layton & Finger, P.A.<br>222 East 41st Street  -and-   One Rodney Square<br>New York, New York 10017   920 North King Street<br>Tel: (212) 326-3939             Wilmington, Delaware 19801<br>Fax: (212) 755-7306            Tel: (302) 651-7700<br>                                             Fax: (302) 651-7701<br><br>September 30, 2013<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ James Dibbo<br>Signature of Authorized Individual<br>James Dibbo<br>Printed Name of Authorized Individual<br>Chief Financial Officer<br>Title of Authorized Individual<br>September 30, 2013<br>Date | |

# SCHEDULE 1

### A. List of Affiliated Debtors

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under Chapter 11 of Title 11 of the United States Code. Contemporaneously with the filing of their petitions, these entities filed a motion requesting that the Court administratively consolidate for procedural purposes only and jointly administer their chapter 11 cases.

- Fresh & Easy Neighborhood Market Inc.

**FRESH & EASY Property Company LLC**
**(a Delaware limited liability corporation)**

**CERTIFICATE OF RESOLUTION**

I, James Dibbo, the Chief Financial Officer of Fresh & Easy Property Company LLC, a Delaware limited liability corporation (the "Company"), do hereby certify that: (a) I am the duly elected, qualified Chief Financial Officer of the Company; (b) the following resolutions were duly adopted by the Board of Directors of the Company, as of September 29, 2013, in accordance with the requirements of applicable law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

**FRESH & EASY Property Company LLC**
**(a Delaware limited liability corporation)**

**Resolutions Adopted at the September 29, 2013**
**Meeting of the Board of Directors**

Background

WHEREAS, the Board of the Company has evaluated the Company's alternatives in connection with a possible restructuring and has determined that the filing of a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Company and its stakeholders;

WHEREAS, effective as of (a) July 24, 2013, the Company retained Alvarez & Marsal North America, LLC as financial advisors to the Company, (b) August 27, 2013, the Company retained Jones Day as lead restructuring counsel, (c) September 19, 2013, the Company retained Richards, Layton & Finger, P.A. as Delaware counsel in connection with the Chapter 11 Case (as defined below), and (d) September 20, 2013, the Company retained Prime Clerk LLC as debtor's claims agent in connection with the Chapter 11 Case;

WHEREAS, on September 10, 2103, the Board (a) declared the advisability of an Asset Purchase Agreement by and among YFE Holdings, Inc., the Company and Fresh & Easy Neighborhood Market Inc. (the "Purchase Agreement"), pursuant to which the Company would sell a substantial portion of the assets of the Company to YFE Holdings, Inc. on the terms and subject to the conditions therein, and determined that the transactions contemplated by the Purchase Agreement are fair to and in the best interest of the Company, (b) approved the form, terms and provisions of the Purchase Agreement, and (c) authorized and directed any authorized officer of the Company to execute and deliver the Purchase Agreement, including any ancillary documents contemplated by the Purchase Agreement.

Resolutions

NOW, THEREFORE, BE IT:

RESOLVED, that the Board has declared, and it hereby does declare, that it is in the best interests of the Company, its creditors, members, and other interested parties, that the Company seek relief under the Bankruptcy Code;

RESOLVED, that the Company shall be, and it hereby is, authorized to file a voluntary petition (the "Petition") for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), in the United States Bankruptcy Court for the District of Delaware or such other court as any authorized officer of the Company shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effectuate the purpose and intent of the foregoing;

RESOLVED, that the proper officers of the Company be, and each of them acting alone hereby is, authorized and directed, in the name and on behalf of the Company, to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such officer, in such person's discretion, deems necessary, desirable or appropriate to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; (c) execute, acknowledge, deliver and verify any and all other documents necessary, desirable or appropriate in connection therewith and to administer the Company's Chapter 11 Case in such form or forms as any such officer may deem necessary or advisable and in order to effectuate the purpose and intent of the foregoing resolutions; and (d) engage any professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers as any such officer, in such person's discretion, deems necessary, desirable or appropriate to accomplish the purposes of these resolutions; that their authority to act under these resolutions shall be conclusively evidenced by their so acting; and that any and all such actions heretofore taken on behalf of the Company in such respects contemplated thereby are hereby ratified, approved and confirmed as the act and deed of the Company;

RESOLVED, that the engagement by the Company of (a) Richards, Layton & Finger, P.A. (b) Prime Clerk LLC, (c) Jones Day, and (d) Alvarez & Marsal North America LLC is hereby ratified, adopted and approved in all respects;

RESOLVED, that Jones Day shall be, and hereby is, authorized, empowered and directed to represent the Company, as debtor and debtor in possession, in connection with any Chapter 11 case commenced by or against it under the Bankruptcy Code;

RESOLVED, that the Company, as debtor and debtor in possession under the Chapter 11 Case, shall be, and it hereby is, authorized to grant liens upon some, all or substantially all of the Company's assets in each case as may be, or provide other adequate protection as deemed necessary, desired or appropriate by any proper officer of the Company, to the extent reasonably necessary to allow Fresh & Easy Neighborhood Market Inc., an affiliate of the Company (the "Affiliate"), to receive advanced payments under that certain tax sharing agreement, dated as of August 25, 2010, between the Affiliate and Tesco PLC, in such amounts that allow for the continuing conduct of affairs of the Affiliate;

RESOLVED, that any proper officer of the Company shall be, and each of them, hereby is, authorized, directed and empowered, in the name and on behalf of the Company, as debtor and debtor in possession, to negotiate, execute, deliver, and perform on behalf of, and take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as any proper officer of the Company may deem necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution, as may be deemed necessary, desirable or appropriate;

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer of the Company or any professionals engaged by the Company in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

RESOLVED, that any and all actions and transactions by the Board or any officer for and on behalf and in the name of the Company with respect to any transactions contemplated by the foregoing resolutions before the adoption of the foregoing resolutions be, and they hereby are, ratified, authorized, approved, adopted and consented to in all respects for all purposes; and

RESOLVED, that the Board and any proper officer of the Company hereby is authorized and directed to certify and/or attest these resolutions, certificate of incumbency and such other documents or instruments that the Secretary of the Company may deem necessary or appropriate in connection with the foregoing matters; provided, however, that such certification and/or attestation shall not be required for any document, instrument or agreement to be valid and binding on the Company.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of this 30th day of September, 2013.

/s/ James Dibbo
Name: James Dibbo
Title: Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | : | Case No. 13-____ (___) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |
| | : | |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING 20 LARGEST UNSECURED CLAIMS**

     The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a consolidated list of the 20 largest unsecured creditors of the Debtors (the "Top 20 List") in lieu of a separate list for each Debtor. The Top 20 List is based on the Debtors' books and records as of approximately September 27, 2013 and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors.[2]

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Contact name, telephone number, facsimile and email address of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 1. Harvest Meat Company Inc. | Harvest Meat Company Inc. 1022 Bay Marina Dr. Suite 106 National City, CA 91950 | Attn: Nick Toyne P: (800) 653-2333 F: (619) 477-9249 E: ntoyne@harvestmeat.com | Trade | $1,028,064.11 |

---

[1]   The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2]   Tesco PLC, the Debtors ultimate parent, has provided approximately $738.3 million (in principal amount) of intercompany loans to the Debtors.

NYI-4546455v1

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Contact name, telephone number, facsimile and email address of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 2. Pak West Paper and Packaging | Pak West Paper and Packaging<br>4042 W. Garry Ave.<br>Santa Ana, CA 92704 | Attn: Ryan Moore<br>P: (949) 257-3486<br>F: (714) 557-9469<br>E: ryanm@pakwest.com, candis@pakwest.com | Trade | $481,450.27 |
| 3. International Coffee & Tea LLC | International Coffee & Tea LLC<br>1945 S. La Cienega Blvd.<br>Los Angeles, CA 90034 | Attn: Alfredo Rusconi<br>P: (310) 237-2320<br>F: (805) 484-0105<br>E: ARusconi@coffeebean.com, SWang@coffeebean.com | Trade | $438,271.68 |
| 4. Hidden Villa Ranch | Hidden Villa Ranch<br>310 N. Harbor Blvd.<br>Fullerton, CA 92832 | Attn: Richard Schmidt<br>P: (800) 326-3220<br>F: (650) 948-4159<br>E: rschmidt@hiddenvilla.com, accountsreceivable@hiddenvilla.com | Trade | $293,028.66 |
| 5. MM USA Inc. | MM USA Inc.<br>9845 Painter Ave.<br>Suite B<br>Whittier, CA 90605 | Attn: Joana Frith<br>P: (562) 236-4300<br>F: (562) 236-4395<br>E: jaona.frith@munoz-usa.com, Jennifer.Goldstein@munoz-usa.com | Trade | $262,446.12 |
| 6. Sunland Inc. | Sunland Inc.<br>42593 US Highway 70<br>Portales, NM 88130 | Attn: Jimmy Shearer<br>P: (575) 356-6638<br>F: (575) 356-6630<br>E: jshearer@sunlandinc.com, rpearce@sunlandinc.com | Trade | $232,123.38 |
| 7. Calavo Growers Inc. | Calavo Growers Inc.<br>1141A Cummings Rd.<br>Santa Paula, CA 93060 | Attn: Jaime Padilla<br>P: (805) 921-3276<br>F: (805) 921-3287<br>E: jaimep@calavo.com | Trade | $216,194.00 |
| 8. Coca Cola | Coca Cola<br>1334 S Central Ave.<br>Los Angeles, CA 90021 | Attn: Robert Macias<br>P: (213) 744-8316<br>F: (800) 333-3765<br>E: romacias@na.cokecce.com, cfscashapplication@coca-cola.com | Trade | $210,945.42 |
| 9. Cornerstone AZ US Wine Imports LLC | Cornerstone AZ US Wine Imports LLC<br>21801 Cactus Ave.<br>Suite B<br>Riverside, CA 92518 | Attn: Julian Sproule<br>P: (951) 653-2572<br>F: (480) 245-5000<br>E: jsproule@cuswi.com | Trade | $194,236.47 |

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Contact name, telephone number, facsimile and email address of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 10. Pepsi Cola | Pepsi Cola<br>4416 N Azusa<br>Canyon Baldwin Park, CA 91706 | Attn: Raul Mojica<br>P: (800) 789-2626<br>F: (858) 569-6941<br>E: raul.mojica@pepsi.com, erika.lynch1@pepsico.com | Trade | $181,826.08 |
| 11. Noble Americas Energy Solutions | Noble Americas Energy Solutions<br>401 West A St.<br>Suite 500<br>San Diego, CA 92101 | Attn: Matthew La Verdure<br>P: (877) 273-6772<br>F: (619) 684-8360<br>E: mlaverdure@noblesolutions.com | Utility | $165,749.81 |
| 12. Plumrose USA | Plumrose USA<br>615 N. Benson Ave.<br>Suite E<br>Upland, CA 91786 | Attn: Paul Martin<br>P: (909) 949-2255<br>F: (732) 613-0058<br>E: pmartin@plumroseusa.com, bbeckman@plumroseusa.com | Trade | $163,356.26 |
| 13. Foster Farms Dairy | Foster Farms Dairy<br>529 Kansas Ave.<br>Modesto, CA 95351 | Attn: Larry Diggory<br>P: (209) 576-2321<br>F: (209) 576-3437<br>E: ldiggory@ffdairy.com, MRamirez@fosterdairyfarms.com | Trade | $158,169.47 |
| 14. Los Angeles Department of Water and Power | Los Angeles Department of Water and Power<br>111 N. Hope St.<br>RPC Room B-5A<br>Los Angeles, CA 90012 | Attn: Collections Department<br>P: (213) 367-4211<br>F: (213) 367-1455<br>E: | Utility | $154,968.20 |
| 15. DPI West | DPI West<br>601 Rockefeller Ave.<br>Ontario, CA 91761 | Attn: Conor Crowley<br>P: (909) 975-1019<br>F: (909) 975-7238<br>E: conor.crowley@dpispecialtyfoods.com Jacqueline.Juarez@dpispecialtyfoods.com | Trade | $146,846.77 |
| 16. Foster Poultry Farms | Foster Poultry Farms<br>1333 Swan St.<br>Livingston, CA 95334 | Attn: Dorothy Perizchica<br>P: (209) 394-7901<br>F: (209) 394-6362<br>E: dorothy.perizchica@fosterfarms.com | Trade | $134,286.40 |
| 17. Valley Fine Foods Company | Valley Fine Foods Company<br>3909 Park Rd.<br>Benicia, CA 94510 | Attn: Rissa Poblete<br>P: (707) 400-6128<br>F: (925) 552-8205<br>E: rpoblete@valleyfinefoods.com | Trade | $131,036.96 |

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Contact name, telephone number, facsimile and email address of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 18. Frito Lay | Frito Lay<br>7701 Legacy<br>Plano, TX 75024 | Attn: Debi Ballard<br>P: (949) 465-7521<br>F: (972) 334-2019<br>E: wykita.toombs@fritolay.com,<br>CFSARMidTier@PepsiCo.com | Trade | $128,822.90 |
| 19. Pacific American Fish Company Inc for Kitchen | Pacific American Fish Company Inc For Kitchen<br>5525 S. Santa Fe Ave.<br>Vernon, CA 90058 | Attn: Jay Kaffka<br>P: (323) 319-1515<br>F: (323) 319-1517<br>E: jkaffka@pafco.net | Trade | $119,576.18 |
| 20. Columbia Marketing International Inc. | Columbia Marketing International Inc.<br>2525 Euclid Ave.<br>Wenatchee, WA 98807 | Attn: Mark Hambleton<br>P: (509) 663-1955<br>F: (509) 663-2231<br>E: markh@cmiapples.com,<br>DEBBIE@CMIAPPLES.COM | Trade | $117,483.30 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | Case No. 13-_____ (___) |
| Debtors. | (Joint Administration Requested) |

### DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, James Dibbo, the Chief Financial Officer of the above-captioned Debtors, declare under penalty of perjury that I have reviewed the foregoing "Consolidated List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Dated: September 30, 2013

/s/ James Dibbo
Name: James Dibbo
Title: Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

NYI-4546455v1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | Case No. 13-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## LIST OF EQUITY HOLDERS

Following is the list of debtor Fresh & Easy Property Company LLC's equity holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

Fresh & Easy Holding Company
2120 Park Place, Suite 200
El Segundo, California 90245
(100%)

## DECLARATION REGARDING LIST OF EQUITY HOLDERS

I, James Dibbo, Chief Financial Officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing "List of Equity Holders" and that it is true and correct to the best of my knowledge, information and belief.

Date: September 30, 2013        /s/ James Dibbo
                                James Dibbo
                                Chief Financial Officer

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

NYI-4546352v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | Case No. 13-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## STATEMENT OF CORPORATE OWNERSHIP

Following is the list of entities that own ten percent or more of debtor Fresh & Easy Property Company LLC's stock. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

- Fresh & Easy Holding Company

## DECLARATION REGARDING STATEMENT OF CORPORATE OWNERSHIP

I, James Dibbo, Chief Financial Officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing "Statement of Corporate Ownership" and that it is true and correct to the best of my knowledge, information and belief.

Date: September 30, 2013

/s/ James Dibbo
James Dibbo
Chief Financial Officer

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

NYI-4546352v1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | Case No. 13-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION CONCERNING CONSOLIDATED MASTER CREDITOR LIST

I, James Dibbo, Chief Financial Officer of the above-captioned debtor (the "Debtor" and together with certain affiliated entities that have filed petitions in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code, the "Debtors") declare under penalty of perjury that I have reviewed the master creditors list, electronically filed contemporaneously herewith, as best as could be ascertained after diligent inquiry, is a full and complete list of all creditors and parties with whom the Debtors conduct business, including their mailing addresses (the "Master Creditors List"). The Debtors will update the Master Creditors List as more information becomes available. To the extent practicable, the Master Creditors List complies with Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal or factual investigation with regard to possible defenses to any claims set forth in this document have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense to any below-listed

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

NYI-4546354v1

claim; (2) an acknowledgement of the allowability of any below-listed claim; or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: September 30, 2013                     /s/ James Dibbo
                                                   James Dibbo
                                                 Chief Financial Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571.